ACCEPTED
03-13-00463-CV
8059721
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 4:20:42 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00463-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 4:20:42 PM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

## AETC II PRIVATIZED HOUSING, LLC

*Appellant,*

v.

## TOM GREEN COUNTY APPRAISAL DISTRICT

*Appellee.*

ON APPEAL FROM THE 391ST DISTRICT COURT, TOM GREEN COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-10-0377-C

## APPELLANT'S MOTION FOR SUBSTITUTION OF COUNSEL

BRUSNIAK LAW, PLLC
Tracy Turner
Texas Bar No. 24076743
tracy@txtax.com
Three Galleria Tower
13155 Noel Road, Suite 1850
Dallas, Texas 75240
Telephone: (972) 250-6363
Facsimile: (972) 250-3599

*Counsel for Appellants*

COMES NOW, **AETC II PRIVATIZED HOUSING, LLC,**

Appellant in the above numbered and entitled cause, and pursuant to Rule 10 of the Texas Rules of Civil Procedure, respectfully asks the Court to substitute the law firm of Brusniak Law, PPLC and attorneys John Brusniak, Jr., Kory L. Ryan, and Tracy M. Turner as attorneys of record for the Appellant. John Brusniak, Jr., Kory L. Ryan, and Tracy M. Turner were previously representing the Appellant at Ryan Law Firm, LLP but have since left and formed Brusniak Law, PLLC. These are the same lawyers that were previously handling the lawsuit for Appellant, and will continue to represent the Appellant at Brusniak Law, PLLC.

## I.

Pursuant to rule 10 of the Texas Rules of civil Procedure, Appellant's new attorney of record's information is as follows:

> John Brusniak, Jr.
> State Bar No. 03261500
> john@txtax.com
> Kory L. Ryan
> State Bar No. 24068065
> Kory@txtax.com
> Tracy M. Turner
> State Bar No. 24076743
> tracy@txtax.com
>
>
> **BRUSNIAK LAW, PLLC**
> Three Galleria Tower
> 13155 Noel Rd., Suite 1850
> Dallas, Texas 75240
> Ph:    (972) 250-6363
> Fax:   (972) 250-3599

## II.

Appellant approves of the substitution of the law firm of Brusniak Law, PPLC in place and stead of the law firm of Ryan Law firm, LLP as its counsel of record.

III.

This substitution is not sought for delay and will not be used as a basis for delaying the setting of this case.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests the Court to enter an Order substituting the law firm of Brusniak Law, PLLC in place and stead of the law firm of Ryan Law Firm, LLP, as its counsel of record in this matter and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

BRUSNIAK LAW, PLLC
Three Galleria Tower
13155 Noel Rd., Suite 1850
Dallas, Texas 75240
Ph:      (972) 250-6363
Fax:     (972) 250-3599

By: */s/ TRACY M. TURNER*
      John Brusniak, Jr.
      State Bar No. 03261500
      Kory L. Ryan
      State Bar No. 24068065
      Tracy M. Turner
      State Bar No. 24076743

      ATTORNEYS FOR APPELLANTS

## *Certificate of Conference*

On October 28, 2015, a conference was held with counsel for Appellee, concerning the merits of this motion. Counsel for Appellee is not opposed to this motion.

On October 28, 2015, a conference was held with Ryan Law Firm, LLP, concerning the merits of this motion. Ryan Law Firm, LLP is not opposed to this motion.

*/s/ Tracy M. Turner*
Tracy M. Turner

## Certificate of Service

I certify that a copy of the foregoing Motion for Substitution of Counsel was served on Defendant, Tom Green County Appraisal District, through counsel of record, James Robert Evans, Jr., Hargrove & Evans, LLP, 4425 Mopac South, Building 3, Suite 400, Austin, Texas 78735, jim@hellplaw.com, by electronic service through Efiletx.gov on December 2, 2015.

*/s/ Tracy M. Turner*
Tracy M. Turner